AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California, O

| | |
|---|---|
| United States of America<br>v.<br>Howard Solomon<br>_Defendant_ | ) ) ) ) ) ) Case No. 4:25-cr-00054-YGR |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/3/2025

_Defendant's signature_

Randy Sue Pollock
_Signature of defendant's attorney_

Randy Sue Pollock
_Printed name of defendant's attorney_

Kandis Westmore
_Judge's signature_

U.S. Magistrate Judge Kandis A. Westmore
_Judge's printed name and title_

**FILED**
MAR 03 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE