PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: Thomas.Green@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>HOWARD SOLOMON,<br>   a/k/a Solomon Howard,<br><br>        Defendant. | Case No. 25-cr-00054 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET FOR CHANGE OF PLEA AND EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

      This matter is currently set for a status hearing on April 9, 2025. The parties desire to set this matter for a change of plea because the defendant has informed the government that he would like to change his plea. The parties understand the Court has time on its calendar for a change of plea in this matter on April 23, 2025, which both parties are available to attend. Therefore, the parties file this stipulation and proposed order to request that the April 9, 2025, status hearing be vacated, and this matter be set for change of plea on April 23, 2025.

      The parties also stipulate that time should be excluded time pursuant to the Speedy Trial Act until the requested hearing date. The parties agree to the exclusion of time under the Speedy Trial Act to

allow effective preparation of defense counsel, including to review discovery already produced and additional discovery the government anticipates producing in advance of the requested hearing date. For these reasons, the parties agree that time is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The parties agree that the time period of April 9, 2025 to April 23, 2025, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (7)(B)(iv), because: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that time should be excluded from the time any anticipated plea agreement is provided to the Court, to allow the Court time to consider such a proposed plea agreement. 18 U.S.C. § 3161(h)(1)(G).

IT IS SO STIPULATED.

Dated: March 21, 2025

PATRICK D. ROBBINS
Acting United States Attorney

_____/s/ Thomas R. Green_____
THOMAS R. GREEN
Assistant United States Attorney

Dated: March 21, 2025

_____/s/ Randy Sue Pollock_____
RANDY SUE POLLOCK
Attorney for Defendant Howard Solomon

STIPULATION AND ~~PROPOSED~~ ORDER TO SET FOR CHANGE OF PLEA AND EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT
25-cr-00054 YGR                                         2

**ORDER**

Based on the reasons provided in the stipulation of the parties the Court hereby vacates the status hearing set for April 9, 2025, and sets this matter for a change of plea hearing on April 23, 2025. The Court understands that the defendant has expressed a desire to enter a change of plea and the Court will accommodate that request. For the reasons set forth in the parties stipulation the Court also finds good cause to exclude time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (7)(B)(iv), because: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that time should be excluded from the time any anticipated plea agreement is provided to the Court, to allow the Court time to consider such a proposed plea agreement. 18 U.S.C. § 3161(h)(1)(G). It is hereby ordered that time is excluded from April 9, 2025 through April 23, 2025.

IT SO ORDERED.

March 24, 2025
DATE

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE